UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. CASILLAS, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-2004 WBS CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The deadline for filing dispositive motions is currently July 31, 2020.  ECF No. 36 at 5.  However, in light of the pending discovery dispute between plaintiff and defendant Casillas, the dispositive motions deadline shall be vacated for all parties and re-set upon resolution of the discovery dispute.

Accordingly, IT IS HEREBY ORDERED that the July 31, 2020 dispositive motions deadline is vacated.  The deadline will be re-set upon resolution of the pending discovery dispute.

Dated: July 14, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

13:leon2004.vacate

1