UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>G. CASILLAS, et al.,<br><br>Defendants. | No.  2:18-cv-2004 WBS CKD P<br><br><br>ORDER |

Plaintiff, a state prisoner, proceeds pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a motion to compel discovery which defendant Casillas opposes.  (ECF No. 45; ECF No. 48.)

Plaintiff asks the court to compel defendant Casillas to respond to interrogatories and requests for admission that were served on March 29, 2020.  (ECF No. 45 at 1.)  Defendant Casillas argues that he has provided the responses and applicable objections to the discovery requests.  (ECF No. 47 at 2.)   Plaintiff acknowledged the receipt of the responses but appears to argue in reply that the responses were untimely, and thus the motion to compel should be granted.  (ECF No. 51 at 1.)  The court declines to grant the motion to compel, however, as plaintiff received the responses.

1

On October 1, 2020, plaintiff filed a request with the court and stated that he "asserts that there [are] no other disputes concerning plaintiff and the defendants and is therefore requesting a new . . . dispositive motion deadline." (ECF No. 54.)

Accordingly, the court will deny the motion to compel as moot and re-set the dispositive motion deadline for November 6, 2020.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel discovery (ECF No. 45) is DENIED as moot; and

2. The dispositive motion deadline is re-set for November 6, 2020.

Dated: October 8, 2020

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

18:leon2004.mot.compel

2