UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>G. CASILLAS, et al.,<br><br>Defendants. | No. 2:18-cv-2004 WBS CKD P<br><br><br><br>ORDER |

Defendant Casillas has filed a motion for an extension of time to file a motion for summary judgment.  (ECF No. 60.)  Good cause appearing, the motion shall be granted.

Plaintiff has also filed a document styled as a cross-motion for summary judgment.  (ECF No. 61.)  The motion was filed after the deadline for filing dispositive motions, for which plaintiff did not seek an extension and is therefore untimely.  However, it appears that the motion is in fact intended as an opposition to defendants Foster and Shahid's motion for summary judgment and will therefore be construed as such.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Casillas' motion for an extension of time (ECF No. 60) is granted and defendant Casillas shall have until December 4, 2020, to file a motion for summary judgment.

2. Plaintiff's cross-motion for summary judgment is construed as an opposition to defendants Foster and Shahid's motion for summary judgment.  Defendants Foster and Shahid

1  may file a reply within fourteen days of the filing of this order.

2  Dated:  December 2, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6  13:leon2004.36