UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>G. CASILLAS,<br><br>　　　　　Defendants. | No.  2:18-cv-2004 WBS CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 22, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 22, 2021, are adopted in full;

2. Defendant Foster and Shahid's motion for summary judgment (ECF No. 56) is granted;

3. Plaintiff's cross-motion for summary judgment (ECF No. 61) is denied; and

4. Defendants Foster and Shahid are dismissed from this action.

Dated: April 2, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

leon2004.jo